

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

lalmon@seyfarth.com
T (212) 218-6480

www.seyfarth.com

July 31, 2020

**VIA ECF**

The Honorable Lorna Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED.  Defendants shall answer, move or otherwise respond to the Complaint by September 25, 2020.
>
> Dated: July 31, 2020
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Re:** *Bautista v. Chanel, Inc.*, et al., Case No. 1:20-cv-04676-LGS

Dear Judge Schofield:

Our Firm represents Defendants Chanel, Inc. and Julie Papaioannou ("Defendants") in the above-referenced action.  Consistent with Your Honor's Individual Rules and Procedures and Local Rule 7.1(d), we submit this letter on behalf of all parties to respectfully request an extension of Defendants' deadline to respond to Plaintiff's Complaint from August 17, 2020 to September 25, 2020.

Plaintiff Miguel Bautista requested that our Firm accept service of the Complaint on behalf of Defendants.  Defendants authorized our Firm to do so, and we accepted service on their behalf as of July 27, 2020, without waiver of any objections except as to service.  In exchange for Defendants' agreement to accept service, Plaintiff agreed to an extension of Defendants' deadline to respond to the Complaint to September 25, 2020.

The parties have not requested any prior extensions.

We thank the Court for its consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Mary Ahrens Vadasz*

Lorie Almon
Mary Ahrens Vadasz

cc:   Scott Simpson (via ECF)
      Raya Saksouk (via ECF)

65097226v.2