UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
BAUTISTA,                                                    :
                                                             :
                              Plaintiff,                     :
                                                             :           20 Civ. 4676 (LGS)
            -against-                                        :
                                                             :           ORDER
CHANEL, INC. ET AL.,                                         :
                              Defendants.                    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pre-motion conference is scheduled for April 29, 2021.  Dkt. Nos. 38 and 43.  It is hereby

    **ORDERED** that the April 29, 2021, pre-motion conference **will take place at 10:40 a.m.**  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: April 19, 2021
       New York, New York

                                                                 LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE