UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL BAUTISTA,
                        Plaintiff,

               -against-                         20 Civ. 4676 (LGS)

                                                         ORDER
CHANEL, INC., et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge et al.:

       WHEREAS, a pre-motion conference is scheduled for April 29, 2021.  Dkt. Nos. 38, 43 and 44.  It is hereby

       **ORDERED** that the pre-motion conference is **ADJOURNED to April 30, 2021, at 2:00 p.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: April 26, 2021
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE