UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL BAUTISA,
                           Plaintiff,           20 Civ. 4676 (LGS)

        -against-                         ORDER

CHANEL INC., et al.,
                         Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 8, 2021, Defendants filed a motion to redact and seal portions of the Declaration of Paul H. Galligan and related exhibits in support of Defendants' Motion for Summary Judgment (Dkt. No. 64), which contain materials designed "Confidential" pursuant to the parties' Confidentiality Stipulation and Protective Order (Dkt. No. 41). Dkt. No. 54. It is hereby

      **ORDERED** that, Defendants' motion to seal is **GRANTED**. The Declaration of Paul H. Galligan and supporting exhibits at Docket No. 64 shall remain sealed. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information.

      The Clerk of Court is respectfully directed to close the motion at Docket No. 54.

Dated: June 14, 2021
      New York, New York

                                              LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**