# EXHIBIT F



**EXHIBIT**

Deft 12   3-23-21   DM

# Commission Salesperson Agreement – Fragrance & Beaute Sales Associate

This commission salesperson agreement entitled "Commission Salesperson Agreement - Fragrance & Beaute Sales Associate" and the attached document "Appendix A" (collectively "the Agreement") sets forth and confirms the terms and conditions relating to the compensation, including commission, that you will be eligible for in consideration for services performed by you as a Fragrance & Beaute Sales Associate for Chanel, Inc. ("Chanel" or "the Company") at the Saks counter.

It is agreed that the terms of this Agreement, which you agree to keep confidential to the fullest extent permitted by law, shall constitute the entire agreement between you and Chanel pertaining to the compensation you may receive for services performed by you as a Fragrance and Beaute Sales Associate for Chanel.  Notwithstanding the foregoing, it is recognized that the terms and conditions of this Agreement may be reviewed, amended, changed and/or discontinued by Chanel from time-to-time in Chanel's sole discretion. You will receive notice of changes to the compensation plan and will not be eligible to continue to participate in the compensation plan if you do not sign an acknowledgement providing you with notice of any such changes.  This Agreement supersedes any prior agreement, oral or written, pertaining to its subject matter.

P31

Except as expressly provided for herein, your employment with Chanel will remain subject to and governed by Chanel's policies and procedures as now in effect and as may be amended, changed or discontinued at any time for any reason at the sole discretion of Chanel and such additional rules and regulations as may be adopted or amended at the sole discretion of Chanel during your employment.

It is further recognized and agreed that nothing stated herein is intended to or shall be construed as altering or otherwise modifying the "at-will" nature of your employment with Chanel.

To indicate your understanding of and agreement to the terms and conditions of this Agreement, please sign this Agreement below, keep a copy of this Agreement for your records, and return an original of this signature page to your Human Resources Manager.

To the extent you have any questions regarding this Agreement, please contact your Retail Manager.

    *          *          *          *          *          *

Chanel, Inc.                          Employee

By: Catherine Koenig            Miguel Bautista                     
                                      Print Name

Title: HR Assistant             _____
                                      Signature

Date: 5/26/15            Date: _____

2

P32

# <u>Appendix A</u>

## Commission Salesperson Agreement

## Fragrance & Beaute Sales Associate

P33

# Compensation Components



- Paid Time Off
    - Vacation, Holiday, Sick and other qualifying paid time off shall be paid at the sales associate's hourly rate.

P34

# Notes on Compensation Components

<u>Returns</u>



- Failure to comply with company procedure regarding merchandise returns may result in disciplinary action, up to and including termination.



P35

# Client Commission Assignment Policy



# Client Commission Assignment Policy
### -continued



7

# Client Commission Assignment Policy
-continued



8