# EXHIBIT G



SFA Selling Protocol
Julie Papaioannou
to:
Ken_izawa-vendor, Jessica_nolin-vendor, Nereida_rodriguez-vendor, Lisette_carvalho-vendor, Christina_kung-vendor, nataya_saravitaya-vendor, Andrea_jones-vendor, Diane_cepeda-vendor, Julie_papaionnou-vendor, Denise_seye-vendor, Miguel_bautista-vendor, Iris_cabrales-vendor, Alicia_Dieppa-Acosta-Vendor, Edith_ajubel-vendor, Ricardo_delgado-vendor, ANA_FERNANDEZ-VENDOR, Adam_Cagle-Vendor
07/03/2017 05:33 PM
Cc:
kenizawa, jnolinart, nereida08, lisettenyhc, moomoolady321, nsaravit, gigizjones, dianefast, juliepa05, oumyline, miguelbautistac8, impm8, aliciasfachanel, lamorita, itsmerickyd, afernandez215, adamsheltoncagle, c.melendez828
Hide Details
From: Julie Papaioannou/US/CHANEL Sort List...
To: Ken_izawa-vendor@s5a.com, Jessica_nolin-vendor@s5a.com, Nereida_rodriguez-vendor@s5a.com, Lisette_carvalho-vendor@s5a.com, Christina_kung-vendor@s5a.com, nataya_saravitaya-vendor@s5a.com, Andrea_jones-vendor@s5a.com, Diane_cepeda-vendor@s5a.com, Julie_papaionnou-vendor@s5a.com, Denise_seye-vendor@s5a.com, Miguel_bautista-vendor@s5a.com, Iris_cabrales-vendor@s5a.com, Alicia_Dieppa-Acosta-Vendor@s5a.com, Edith_ajubel-vendor@s5a.com, Ricardo_delgado-vendor@s5a.com, ANA_FERNANDEZ-VENDOR@S5A.COM, Adam_Cagle-Vendor@s5a.com
Cc: kenizawa@gmail.com, jnolinart@gmail.com, nereida08@gmail.com, lisettenyhc@gmail.com, moomoolady321@aol.com, nsaravit@gmail.com, gigizjones@gmail.com, dianefast@yahoo.fr, juliepa05@gmail.com, oumyline@yahoo.com, miguelbautistac8@gmail.com, impm8@msn.com, aliciasfachanel@aol.com, lamorita@aol.com, itsmerickyd@gmail.com, afernandez215@gmail.com, adamsheltoncagle@gmail.com, c.melendez828@yahoo.com
Follow Up:
Urgent Priority.

Hi Team!

Happy 4th!!!! I hope everyone enjoys the holiday and is safe!

I wanted to remind everyone of the protocol when ▮▮▮▮▮▮▮▮▮▮▮▮. Please be sure to have a manager's approval either from myself or Ana for these transactions. If Ana and I are off, you may request approval from Adam. This includes intersell, you MAY NOT ask Chris for the merchandise nor any other stock employee. Although we appreciate Saks employees promoting and selling CHANEL products, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

If you have any questions or concerns, please direct them to myself or Ana.

Thanks!
Julie

**CHANEL**

Julie Papaioannou                    PHONE: +1 646 745 7081
Business Manager
Saks 5th Ave

CONFIDENTIAL                                                                D000152

CONFIDENTIAL                                                                D000153

**EXHIBIT**

Deft 32    3-23-21    DM

SFA CHANEL Selling Limits
Julie Papaioannou
to:
Ana Fernandez, Hannah Wang, nataya_saravitaya-vendor, alicia_dieppa-acosta-vendor,
edith_ajubel-vendor, iris_cabrales-vendor, nereida_rodriguez-vendor, jessica_nolin-vendor,
Ricardo Delgado, ken_izawa-vendor, miguel_bautista-vendor, andrea_jones-vendor,
diane_cepeda-vendor, lisette_carvalho-vendor, christina_kung-vendor, denise_seye-vendor,
gabriel_tejeda-vendor
10/08/2017 04:50 PM
Cc:
afernandez215, adamsheltoncagle
Hide Details
From: Julie Papaioannou/US/CHANEL Sort List...
To: Ana Fernandez/US/CHANEL@US_CHANEL, Hannah
Wang/US/CHANEL@US_CHANEL, nataya_saravitaya-vendor@s5a.com, alicia_dieppa-
acosta@s5a.com, edith_ajubel-vendor@s5a.com, iris_cabrales-vendor@s5a.com,
nereida_rodriguez-vendor@s5a.com, jessica_nolin-vendor@s5a.com, Ricardo
Delgado/US/CHANEL@US_CHANEL, ken_izawa-vendor@s5a.com, miguel_bautista-
vendor@s5a.com, andrea_jones-vendor@s5a.com, diane_cepeda-vendor@s5a.com,
lisette_carvalho-vendor@s5a.com, christina_kung-vendor@s5a.com, denise_seye-
vendor@s5a.com, gabriel_tejeda-vendor@s5a.com
Cc: afernandez215@gmail.com, adamsheltoncagle@gmail.com

Hi Team,

I want to make sure we are all on the same page regarding selling quantities. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮. It is very important that everyone abide by the protocol set forth from corporate, ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, this will escalate to HR. ▮▮▮▮▮▮▮▮
so I am strongly advising that the entire team be very conscious of what quantities you are handing over to Saks
associates. Please keep in mind that when you are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, you are in fact taking full
responsibility for that sale.

The only exception to this rule is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I hope this is clear to everyone, if you have any questions or concerns please see myself or Ana.

Thank you,
Julie

**CHANEL**

Julie Papaioannou
Business Manager
Saks 5th Ave

PHONE: +1 646 745 7081

CONFIDENTIAL                                                                                    D000155





Fw: Chanel Beauty and Fragrance Selling Limits
Julie Papaioannou
to:
Ana Fernandez, Hannah Wang, nataya_saravitaya-vendor, alicia_dieppa-acosta-vendor,
edith_ajubel-vendor, iris_cabrales-vendor, nereida_rodriguez-vendor, jessica_nolin-vendor,
Ricardo Delgado, ken_izawa-vendor, miguel_bautista-vendor, andrea_jones-vendor,
diane_cepeda-vendor, lisette_carvalho-vendor, christina_kung-vendor, denise_seye-vendor,
gabriel_tejeda-vendor, ricardo_delgado-vendor, gina_brancato-vendor
11/06/2017 02:04 PM
Cc:
Marcy Giordonello, adamsheltoncagle, afernandez215, c.melendez828
Hide Details
From: Julie Papaioannou/US/CHANEL Sort List...
To: Ana Fernandez/US/CHANEL@US_CHANEL, Hannah
Wang/US/CHANEL@US_CHANEL, nataya_saravitaya-vendor@s5a.com, alicia_dieppa-
acosta-vendor@s5a.com, edith_ajubel-vendor@s5a.com, iris_cabrales-vendor@s5a.com,
nereida_rodriguez-vendor@s5a.com, jessica_nolin-vendor@s5a.com, Ricardo
Delgado/US/CHANEL@US_CHANEL, ken_izawa-vendor@s5a.com, miguel_bautista-
vendor@s5a.com, andrea_jones-vendor@s5a.com, diane_cepeda-vendor@s5a.com,
lisette_carvalho-vendor@s5a.com, christina_kung-vendor@s5a.com, denise_seye-
vendor@s5a.com, gabriel_tejeda-vendor@s5a.com, ricardo_delgado-vendor@s5a.com,
gina_brancato-vendor@s5a.com
Cc: Marcy Giordonello/US/CHANEL@US_CHANEL, adamsheltoncagle@gmail.com,
afernandez215@gmail.com, c.melendez828@yahoo.com
Follow Up:
Urgent Priority.

VERY IMPORTANT! Please ensure you follow the selling limits for both Beauty & Fragrance detailed below.

# CHANEL

Julie Papaioannou
Business Manager
Saks 5th Ave

PHONE: +1 646 745 7081

----- Forwarded by Julie Papaioannou/US/CHANEL on 11/06/2017 02:01 PM -----

From: "Swaby, Sabina" <sabina_swaby@s5a.com>
To: Julie papaioannou <julie.papaioannou@chanelusa.com>, Julie- Chanel CM <juliepa05@gmail.com>, "Ana Fernandez (Chanel)"
<ana.fernandez@chanelusa.com>, Ana Fernandez <afernandez215@gmail.com>, Marcy Giordonello <marcy.giordonello@chanelusa.com>, Kristi
Brink <kristi.brink@chanelusa.com>, Patrycja Sosnowska <patrycja.sosnowska@chanelusa.com>
Date: 11/06/2017 02:00 PM
Subject: Chanel Beauty and Fragrance Selling Limits

Hi Chanel Team,

Below are the new selling limits for Chanel beauty and fragrance please spread the word:

file:///D:/Users/jpapaioa/AppData/Local/Temp/notes3841D7/~web7828.htm          11/10/2020

CONFIDENTIAL                                                                    D000298

**Chanel Cosmetics and Fragrances cannot be purchased outside of the following standard:**



**Sabina Swaby**

Director Cosmetics & Fragrance

**Saks Fifth Avenue**

611 Fifth Avenue

New York, NY 10022

Office: 212-940-2654

Cell: 646-374-9640

Sabina_Swaby@s5a.com

CONFIDENTIAL                                                                                              D000299