# EXHIBIT H

**CK EXHIBIT**
**6**
**3/26/21   NB**

---

Message
| | |
|---|---|
| **From:** | catherine.koenig@chanelusa.com [catherine.koenig@chanelusa.com] |
| **Sent:** | 1/17/2018 9:05:16 AM |
| **To:** | christina.kooij@chanelusa.com |
| **Subject:** | *Confidential: Fw: Re: Fw: SFA NYC Selling Protocol Recaps- 5 BA's..... |
| **Attachments:** | _.gif; _.gif; _.gif; _.gif; _.gif |

---

Hi CK,


Looping you in on the below December selling limit violations, I have also included Novembers so we have all information in one place --


Based on both November & December's data around this, I wanted to share with you my recommendation before sharing with Kristi, Marcy and Julie to get your perspective---


███████ **& Miguel** - one on one conversations occurred in November to address their selling limit violations and follow up emails were sent to both. Although the emails didn't go in detail on the selling limits they both violated or that further action would be taken if they violated this policy again, they both disregarded the re-enforcement of the policy and participated in selling over the limits again in December. There is also a clear need to revisit with the Business Managers and Marcy what a recap of a conversation should include which is something I have on my radar.


My recommendation for ██████ would be to put her on a final warning as she participated in a high volume of sales that violated the policy in both November & December after being addressed verbally with a recap.


For Miguel, I am torn between a written or final warning-- he violated the policy in both November & December by selling ██████ when the limit is █ and then had ████████ to the ████████████ as ██████ in both months putting them in violation of the policy again. I question how associates know or find out that they have ██████ to the ████████ in the same week. Regardless, Miguel although his selling volume is lower he still violated the policy by selling the ████ both month so I am leaning more towards a final but also would want to hear your perspective if volume even matters when it comes to the violation of a policy.


████ - a verbal conversation happened in November to address her selling limit violation but there was no follow up on the conversation had however she continued to violate the policy in December. Similar to Miguel, her volume is low but she still continued to disregard the policy after being addressed, she is also on a written warning for a completely separate issue that occurred in September. Similar to Miguel, I am torn between moving to a written or final so would like your perspective on this one too.

████ -- no communication other than the general email all associates received on the selling limits. For her my recommendation would be a written warning rather than a final as we haven't addressed her on an individual basis for violation of policy.


████ & ██ -- first time hearing about the two of them violating the policy, assuming this is true and that conversations have not been had. My recommendation would be a verbal warning to address the limits they violated, set expectations

---

and review the policy in full. Following the conversation a clear and concise follow up should be sent stating that if this behavior happens again it will result in further action.

Prior to sharing this with Marcy and team I would love your perspective as this is a a complex situation with a lot of layers so I want to ensure we are taking all the right steps. Once a decision has been made, I feel that its important that I partner with Julie on not only reviewing the warnings but also any follow ups (i.e. to ████ and ██), as well as coach on how these conversations should go so that it is clear to the associates that these types of behaviors are unacceptable.

I will be in Donna's leadership assimilation all day today but will be back on later tonight if you'd like to connect.

Thanks!

CATHERINE KOENIG

**CHANEL**

SPECIALIST, PEOPLE & ORGANIZATION - F&B

9 WEST 57th STREET, FLOOR 2M

NEW YORK, NY 10019

(w) + 1 212.303.5961

(m) + 1 917.297.3670

**November Recap:**

████████████

September 2017 - discussed in detail what the selling protocol means

October 2017 - reiterated selling protocol as quantity of ██████ receipts were high from ██████████████. I encouraged her to use her best judgement when working with Saks Associates and reminded ████████ that she must let myself or Ana know when these large ██████ transactions are taking place.

December 2017 - One on meeting - discussion included a violation of selling protocol in which the same ████████████ was submitted by ████████ and Miguel from ████████████████, I advised her to review the receipts that she submits to ensure that they follow protocol and reflect sales she did in fact help the Saks associate with. - ensured to send a recap to include selling limits

████████████████████████████

████████████████████████████

████████████████████

████████████████████████████

██████████████████████████████████████████

**Miguel Bautista:**

November 2017: One on one touch base- discussed violation of selling protocol as one receipt was submitted by Miguel and ████████ from ████████████████. I advised him to review the receipts that he submits and ensure that the intersells he includes are in fact intersells he has helped Saks Associates with.

██████████████████████████████████████████

████████████████████████████████████████████████████

████████:

High number of intersell receipts, however receipts fall within selling limits, with the exception of November duplicate receipt in which there were █ violations,

November: One of the ████████ receipts submitted by ████ was also submitted by ████████ from ████████████████. I advised her to review the duplicate receipts before submitting at the end of the month to ensure the receipts follow selling protocol and reflect sales that she did in fact assist the Saks Associate with.

No documentation other than the general team communication

██████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████████████

████████████:

High number of intersell receipts, also fall within selling limits, with the exception of November in which ████████████████.

No documentation other than the general team communication

██████████████████████████████████

████████████████████████████████████████████████████

D001472

██████████:

High number of intersell receipts, also fall within the selling limits. No violations in November.

No documentation other than the general team communication

----- Forwarded by Catherine Koenig/US/CHANEL on 01/17/2018 08:26 AM -----

From: Marcy Giordonello/US/CHANEL

To: Catherine Koenig/US/CHANEL@US_CHANEL,

Cc: kristi.brink@chanelusa.com

Date: 01/16/2018 05:36 PM

Subject: Fw: *Confidential: Re: Fw: SFA NYC Selling Protocol Recaps- 5 BA's.....

Hi,

See below for December selling limit issues.

Thanks,

Marcy

# CHANEL

MARCY GIORDONELLO

Senior Retail Manager- NYC Flagships

Mobile: 732-310-9286

marcy.giordonello@chanelusa.com

----- Forwarded by Marcy Giordonello/US/CHANEL on 01/16/2018 05:32 PM -----

From: Patrycja Sosnowska/US/CHANEL

To: Kristi Brink/US/CHANEL@US_CHANEL,

Cc: Marcy Giordonello/US/CHANEL@US_CHANEL

Date: 01/16/2018 05:05 PM

Subject: *Confidential: Re: Fw: SFA NYC Selling Protocol Recaps- 5 BA's.....

Hi Kristi,

Please find the December recap below:

**Miguel Bautista**

- ███████████████████
█████████████████████████████████████████████
-

███████████

- ███████████████████
███████████████████
███████████████████████
-

█████████

- █████████████████████
███████████████████
-

█████████

- ███████████████████████
███████████████████████
███████████████████████
███████████████████████
███████████████████████
-

D001474



FYI - There is a lot of suspicious activity coming from a sales associate named ██████. There are ███████████████
████████████████████████████...

Hope that helps.

Patrycja

**CHANEL**

PATRYCJA SOSNOWSKA - LIMA

Flagship Business Coordinator

Mobile: +1 732-689-4052

Kristi Brink---01/16/2018 04:50:31 PM---Patrycja can you please make this a priority. As we are trying to act with a sense of urgency on the

From: Kristi Brink/US/CHANEL

To: Patrycja Sosnowska/US/CHANEL@US_CHANEL, Marcy Giordonello/US/CHANEL@US_CHANEL

Date: 01/16/2018 04:50 PM

Subject: Fw: SFA NYC Selling Protocol Recaps- 5 BA's.....

CONFIDENTIAL

Patrycja can you please make this a priority.

As we are trying to act with a sense of urgency on these matters, this information will help move the process along.

@Marcy please follow up with Julie, I am also curious why we verbally addressed Miguel and ██████ regarding November's violation but not ████ and ███?

Thank you PS for all your help.

KB

---

# CHANEL

| Kristi Brink | | 9 WEST 57th STREET |
| --- | --- | --- |
| Regional Sales Director | | NEW YORK, NY 10019 |
| Northeast | | |
| FRAGRANCES & BEAUTÉ | | MOBILE: +1 732 208 6738 |
| | | Kristi.Brink@chanelUSA.com |

----- Forwarded by Kristi Brink/US/CHANEL on 01/16/2018 04:44 PM -----

From: Catherine Koenig/US/CHANEL

To: Marcy Giordonello/US/CHANEL@US_CHANEL, Julie Papaioannou/US/CHANEL@US_CHANEL, juliepa05@gmail.com

Cc: Christina Kooij/US/CHANEL@US_CHANEL, kristi.brink@chanelusa.com

Date: 01/16/2018 02:41 PM

Subject: Re: SFA NYC Selling Protocol Recaps- 5 BA's.....

Hi Marcy & Julie,

I know when we spoke on Friday, we agreed to focus on ████ as there has been a clear pattern of her violating the selling limit policy and I received the draft warning which I will review when I have some down time in Aventura. However, after reading through Julie's recap further, I do feel that we have reason to also confront ████, ██ and Miguel as all three were also in violation of the policy in the month of November. I wonder though, why did we choose to verbally address Miguel & ████ about November's violations but not ████ and ███ Please advise.

D001476

In addition, I know you mentioned on Friday Patrijca is working to pull the selling limit data from December but is there a way for us to expedite that process and at the very least have her pull the info on the 5 employees below that are in question. Knowing the December data will help for us to determine what next steps we need to take to address the issues. For example, if ███████ violated the policy in December as well we can likely jump to a final warning rather than a written and would want to address her December violation as well in the warning.

Therefore the sooner we get the December data, the quicker we can determine how to address each individuals violation of policy.

As mentioned, I am in Aventura this whole week but will be periodically checking emails and will try to prioritize this while here but also including Christina on here.

Thanks


CATHERINE KOENIG

**CHANEL**

SPECIALIST, PEOPLE & ORGANIZATION - F&B

9 WEST 57th STREET, FLOOR 2M

NEW YORK, NY 10019

(w) + 1 212.303.5961

(m) + 1 917.297.3670




Marcy Giordonello---01/12/2018 12:13:10 PM---Hi, Below is the recap from Julie about the BA rating concerns as per our discussion earlier this we


From: Marcy Giordonello/US/CHANEL

To: Christina Kooij/US/CHANEL@US_CHANEL, Catherine Koenig/US/CHANEL@US_CHANEL,

Cc: kristi.brink@chanelusa.com, juliepa05@gmail.com, Julie Papaioannou/US/CHANEL@US_CHANEL

Date: 01/12/2018 12:13 PM

Subject: SFA NYC Selling Protocol Recaps- 5 BA's.....


Hi,


CONFIDENTIAL                                                                                          D001477

Below is the recap from Julie about the BA rating concerns as per our discussion earlier this week. Kristi I did cross reference with Julie for accuracy and there were no documented conversations with ███ ███ or ███ about their intersell separate from the team communication that is recapped and attached in an e-mail. As you know we just started having the BA's and FA's turn in duplicate receipts weekly vs. monthly as a way to bring attention to the matter. Both Ana and Julie have started spot checking against individual weekly sales to highlight abnormally high rates of intersell "in the moment" rather than waiting for end of month.

Thanks,

Marcy

Hi Marcy,

Please see below:

███████████:

September 2017 - discussed in detail what the selling protocol means

October 2017 - reiterated selling protocol as quantity of duplicate receipts were high from ██████████████. I encouraged her to use her best judgement when working with Saks Associates and reminded Hannah that she must let myself or Ana know when these large intersell transactions are taking place.

December 2017 - One on meeting - discussion included a violation of selling protocol in which the same duplicate receipt was submitted by ███████ and Miguel from ██████████████████, I advised her to review the receipts that she submits to ensure that they follow protocol and reflect sales she did in fact help the Saks associate with. - ensured to send a recap to include selling limits

**Miguel Bautista:**

November 2017: One on one touch base- discussed violation of selling protocol as one receipt was submitted by Miguel and ███████ from ██████████████████. I advised him to review the receipts that he submits and ensure that the intersells he includes are in fact intersells he has helped Saks Associates with.

███████████:

High number of intersell receipts, however receipts fall within selling limits, with the exception of November ████████ ██████████████████████████,

November: One of the duplicate receipts submitted by ██████████ so submitted by ███████ from ██████████████████. I advised her to review the duplicate receipts before submitting at the end of the month to ensure the receipts follow selling protocol and reflect sales that she did in fact assist the Saks Associate with.

No documentation other than the general team communication

██████████:

High number of intersell receipts, also fall within selling limits, with the exception of November in which ████████████████.

No documentation other than the general team communication

██████████:

High number of intersell receipts, also fall within the selling limits. No violations in November.

No documentation other than the general team communication

[attachment "SFA Selling Protocol.eml" deleted by Patrycja Sosnowska/US/CHANEL] [attachment "SFA NYC Time & Attendance .eml" deleted by Patrycja Sosnowska/US/CHANEL] [attachment "SFA NYC One on One Meeting Recap & Expectations .eml" deleted by Patrycja Sosnowska/US/CHANEL] [attachment "SFA CHANEL Selling Limits .eml" deleted by Patrycja Sosnowska/US/CHANEL] [attachment "Re_ Fw_ Chanel Beauty and Fragrance Selling Limits.eml" deleted by Patrycja Sosnowska/US/CHANEL]

# CHANEL

MARCY GIORDONELLO

Senior Retail Manager- NYC Flagships

Mobile: 732-310-9286

marcy.giordonello@chanelusa.com

CONFIDENTIAL

D001479