# EXHIBIT I



SFA NYC Touchbase Recap
Julie Papaioannou
to:
miguel_bautista-vendor
01/24/2018 04:13 PM
Cc:
Marcy Giordonello, Ana Fernandez
Bcc:
Catherine Koenig
Hide Details
From: Julie Papaioannou/US/CHANEL
To: miguel_bautista-vendor@s5a.com
Cc: Marcy Giordonello/US/CHANEL@US_CHANEL, Ana Fernandez/US/CHANEL@US_CHANEL
Bcc: Catherine Koenig/US/CHANEL@US_CHANEL

**EXHIBIT** Deft 36  3-23-21  DM

Hi Miguel,

During our meeting we reviewed your performance for last year Jan 2017- Dec 2017, your progress thus far in January, your CCA+ results and action plan moving forward.

**In 2017, you were ▮ to your total F+B goal, ▮ to your total beauty goal (▮ of your beauty sales came from intersell) and ▮ to your total fragrance goal (▮ of your fragrance sales came from intersell).**

In our meeting, I discussed the importance of ensuring that you use your best judgement when partnering with Saks associates for intersells and moving forward it is important that the team not rely on intersell to achieve their goals. I expressed my concern regarding your intersells from November and I explained to you that there was a violation found in the duplicate receipts you submitted. After reviewing the violation in question that came from the Saks Associate Jasmine, this transaction occurred prior to the change of the ▮ limit ▮. On 11/6/17, the updated ▮ limit was communicated to the team, therefore you did not violate the selling protocol at that time. I explained to you that the December receipts are in the process of being evaluated and if violations are found, then further disciplinary action will take place. It is the expectation that you monitor your intersells and review the duplicate receipts you are submitting to ensure they abide by the selling limits and protocol.

Thus far, you are at ▮ to your beauty goal and have achieved your fragrance goal for the month of January, at this point of the month you should be at least ▮ to your beauty goal. You have already achieved your pre sell goal for Double Points which will help you achieve your goal!

We discussed an action plan for you detailed below:



**CCA+**
For the month of December your registration rate is ▇, ▇ above the counter average of ▇. The goal for registration is ▇, you are have achieved the registration goal, fantastic work!

Your repeat client affiliation for December is ▇, ▇ below the counter average of ▇. The goal is to have a repeat affiliation of ▇. In order to achieve this, we discussed ▇▇▇. You will need to ▇▇▇ The Follow Up will be crucial when ▇▇▇ as you develop a trusting relationship with them.

Please note that your management team is here to support you in any way you may need.

Best,
Julie

**CHANEL**

Julie Papaioannou
Business Manager
Saks 5th Ave

PHONE: +1 646 745 7081

CONFIDENTIAL                                                                                                     D000266