# EXHIBIT L

Message

| | |
|---|---|
| **From:** | julie.papaioannou@chanelusa.com [julie.papaioannou@chanelusa.com] |
| **Sent:** | 5/17/2018 2:11:38 PM |
| **To:** | Adam Cagle [cn=adam cagle/ou=us/o=chanel@us_chanel]; Ana Fernandez [cn=ana fernandez/ou=us/o=chanel@us_chanel]; Hannah Wang [cn=hannah wang/ou=us/o=chanel@us_chanel]; nataya_saravitaya-vendor@s5a.com; alicia_dieppa-acosta-vendor@s5a.com; edith_ajubel-vendor@s5a.com; iris_cabrales-vendor@s5a.com; nereida_rodriguez-vendor@s5a.com; jessica_nolin-vendor@s5a.com; Ricardo Delgado [cn=ricardo delgado/ou=us/o=chanel@us_chanel]; ken_izawa-vendor@s5a.com; miguel_bautista-vendor@s5a.com; andrea_jones-vendor@s5a.com; diane_cepeda-vendor@s5a.com; lisette_carvalho-vendor@s5a.com; christina_kung-vendor@s5a.com; denise_seye-vendor@s5a.com; gabriel_tejeda-vendor@s5a.com |
| **CC:** | adamsheltoncagle@gmail.com; afernandez215@gmail.com; c.melendez828@yahoo.com; Patrycja Sosnowska [cn=patrycja sosnowska/ou=us/o=chanel@us_chanel]; aliciasfachanel@aol.com; nsaravit@gmail.com; impm8@msn.com; lamorita@aol.com; kenizawa@gmail.com; miguelbautistac8@gmail.com; nereida08@gmail.com; gigizjones@gmail.com; dianefast@yahoo.fr; jnolinart@gmail.com; itsmerickyd@hotmail.com; ricardo_delgado-vendor@s5a.com; hannah_huang-vendor@s5a.com; hannahwang28@yahoo.com; lisettenyhc@gmail.com; moomoolady321@aol.com; gabrieltejedak33@gmail.com |
| **Subject:** | SFA NYC June Counter Schedule |
| **Attachments:** | _; _.gif; _.gif; SFA NYC June Counter Schedule_2018.xlsx |

Hi Team,

Please refer to the attached for the June schedule.

**IMPORTANT DATES:**

- **June 7th - 10th:** Summer Beauty Week/Grand Reopening CHANEL

  **\*\*Please refer to previous email and print outs at counter for ALL details, I have asked each of you to reply back that you have READ my email regarding the event details\*\***

- *June 17th: Father's Day - \*\*FOCUS NEW CHANEL BLEU PARFUM - PRE SELL PRE SELL PRE SELL\*\*\**
- *June 28th -* Brushes with Greatness!
- 

*Please let me know if you have any questions. Looking forward to an AMAZING JUNE!!!!*

*Best,*

*Julie*

SFA NYC June Counter Schedule_2018.xlsx

# CHANEL

| Julie Papaioannou | | |
|---|---|---|
| Business Manager | | |
| Saks 5th Ave | | PHONE: +1 646 745 7081 |

CONFIDENTIAL D003768

# Document Provided in Native Format

CONFIDENTIAL
D003769

Saks NYC  
Master Counter Schedule  
Week 1  
*Subject to change*

Monthly BTE Goal: $  
Monthly FRAG Goal: $  

Revised Date: 5/10/2018  
Week 1 BTE Goal: $  
Week 1 FRAG Goal: $  

## EVENT: SUMMER BTY WEEK (TP) + GRAND RE-OPENING ANIMATION

| BA's | SUN | MON | TUE | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|---|
| Store Hours | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| **BEAUTE GOAL** | | | | | | | |
| BEAUTE LY | | | | | | | |
| **FRAGRANCE GOAL** | | | | | | | |
| FRAGRANCE LY | | | | | | | |
| | 3-Jun | 4-Jun | 5-Jun | 6-Jun | 7-Jun | 8-Jun | 9-Jun |
| ALICIA | X | A | A | X | A | C | C |
| NATAYA | X | X (HOL) | X | X | 10:30-5:30 | X | C |
| MARGARITA | X | A | X | A | A | C | C |
| EDITH | IN | X | C | X | C | A | A |
| KEN | IN | X | A | X | C | C | A |
| MIGUEL | X | C | X | C | B | A | A |
| NEREIDA | IN | X | A | X | C | C | B |
| GIGI | IN | X | X | C | C | B | A |
| DIANE | X | C | X | C | B | A | A |
| JESSICA | X | A | X | A | A | C | C |
| RICARDO | IN | X | C | X | C | B | A |
| HANNAH | X | C | C | X | B | A | A |
| LISETTE | IN | X | A | X | A | A | A |
| CHRISTINA | 11:00-4:00 | X | X | 10:00-3:00 | 10:00-3:00 | X | 12:00-5:00 |
| GABRIEL | X | A | A | X | A | C | C |
| DENISE | | | | MEDICAL LEAVE | | | |
| **MANAGERS** | | | | | | | |
| JULIE | X | X | E | E | E/L | E/L | E/L |
| ANA | IN | E | X | E | E | E | L |
| ADAM | X | X | E | L | E/L | E/L | E/L |
| **STOCKROOM** | | | | | | | |
| CHRISTOPHER | IN | X | X | 8-5 | 8-5 | 9-6 | 9-6 |
| SHIFTS | IN: 10:15-7:15 | | | | A: 9:15-6:15<br>B: 10:30-7:30<br>C: 11:45-8:45 | | |

CHANEL PRIVE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | |
| IRENA | | | | | | | |

| FREELANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUTY | | | | | | | |
| FRAGRANCE | | | | | | | |

**MANAGER'S SCHEDULE**  
EARLY: 9:00  
MID: 10:30  
LATE: 11:30

Saks NYC
Master Counter Schedule
Week 2
*Subject to change*

Monthly BTE Goal: $
Monthly FRAG Goal: $

Revised Date: 5/10/2018
Week 2 BTE Goal: $
Week 2 FRAG Goal: $

| EVENT | SUMMER BTY WEEK + GRAND RE-OPENING ANIMATION | | | | | | |
|---|---|---|---|---|---|---|---|
| BA's | SUN | MON | TUE | WED | THURS | FRI | SAT |
| Store Hours | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| BEAUTE GOAL | | | | | | | |
| BEAUTE LY | | | | | | | |
| FRAGRANCE GOAL | | | | | | | |
| FRAGRANCE LY | | | | | | | |
| | 10-Jun | 11-Jun | 12-Jun | 13-Jun | 14-Jun | 15-Jun | 16-Jun |
| ALICIA | X | C | C | X | A | A | A |
| NATAYA | X | X | 9:15-4:15 | X | X | B | 9:15-4:15 |
| MARGARITA | X | A | X | A | A | C | C |
| EDITH | IN | X | X | A | A | C | C |
| KEN | IN | C | C | RX | RX | V | V |
| MIGUEL | IN | X | X | A | A | C | C |
| NEREIDA | IN | A | A | X | X | A | C |
| GIGI | IN | X | X | C | C | A | A |
| DIANE | IN | X | C | B | B | A | X |
| JESSICA | IN | A | X | A | B | C | X |
| RICARDO | X | C | A | C | C | B | A |
| HANNAH | IN | C | A | C | A | RX | RX |
| LISETTE | IN | A | A | A | A | RX | RX |
| CHRISTINA | 11:00-4:00 | X | X | X | 10:00-3:00 | 12:00-5:00 | 12:00-5:00 |
| GABRIEL | X | A | C | X | C | A | A |
| DENISE | | | | MEDICAL LEAVE | | | |
| MANAGERS | | | | | | | |
| JULIE | IN | E | X | L | M | E | X |
| ANA | X | E | E | X | E | E | E |
| ADAM | IN | X | X | E | L | L | M |
| STOCKROOM | | | | | | | |
| CHRISTOPHER | IN | X | X | 8-5 | 8-5 | 9-6 | 9-6 |
| SHIFTS | IN: 10:15-7:15 | | | A: 9:15-6:15 B: 10:30-7:30 C: 11:45-8:45 | | | |

CHANEL PRIVE

| SHIZU | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRENA | | | | | | | |

| FREELANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUTY | | | | | | | |
| FRAGRANCE | | | | | | | |
| FRAGRANCE RSS | | | | | | | |

**MANAGER'S SCHEDULE**
EARLY: 9:00
MID: 10:30
LATE: 11:30

**Saks NYC** — Monthly BTE Goal: $ — Revised Date: 5/10/2018
**Master Counter Schedule** — Monthly FRAG Goal: $ — Week 3 BTE Goal: $
**Week 3** — Week 3 FRAG Goal: $
*Subject to change*

| EVENT | F-DAY | | | | | | |
|---|---|---|---|---|---|---|---|
| BA's | | SUN | MON | TUE | WED | THURS | FRI | SAT |
| Store Hours | | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| **BEAUTE GOAL** | | | | | | | | |
| **BEAUTE LY** | | | | | | | | |
| **FRAGRANCE GOAL** | | | | | | | | |
| **FRAGRANCE LY** | | | | | | | | |
| | | 17-Jun | 18-Jun | 19-Jun | 20-Jun | 21-Jun | 22-Jun | 23-Jun |
| ALICIA | | X | C | C | X | A | A | A |
| NATAYA | | X | 1:45-8:45 | X | X | 10:30-5:30 | X | A |
| MARGARITA | | X | A | X | A | A | C | C |
| EDITH | | X | A | C | A | A | X | C |
| KEN | | RX | RX | V | V | V | V | V |
| MIGUEL | | IN | X | C | C | X | A | A |
| NEREIDA | | IN | X | A | C | C | A | RX |
| GIGI | | IN | X | X | A | A | C | C |
| DIANE | | IN | A | A | X | C | C | X |
| JESSICA | | IN | X | A | X | A | C | C |
| RICARDO | | X | C | A | A | C | RX | V |
| HANNAH | | RX | RX | V | V | V | V | V |
| LISETTE | | RX | A | A | A | X | A | A |
| CHRISTINA | | 11:00-4:00 | 10:00-3:00 | X | X | 11:00-4:00 | X | 12:00-5:00 |
| GABRIEL | | IN | X | C | C | X | A | A |
| DENISE | | | | | MEDICAL LEAVE | | | |
| **MANAGERS** | | | | | | | | |
| JULIE | | X | E | E | X | L | E | E |
| ANA | | IN | E | E | X | X | VAC | VAC |
| ADAM | | X | E | L | M | E | X | M |
| **STOCKROOM** | | | | | | | | |
| CHRISTOPHER | | X | X | 8-5 | 8-5 | 8-5 | 9-6 | 9-6 |
| SHIFTS | | IN: 10:15-7:15 | | | A: 9:15-6:15 B: 10:30-7:30 C: 11:45-8:45 | | | |

CHANEL PRIVE

SHIZU
IRENA

**FREELANCE**
BEAUTY CODE 013

FRAGRANCE CODE 013

**MANAGER'S SCHEDULE**
EARLY: 9:00
MID: 10:30
LATE: 11:30

**Saks NYC**
**Master Counter Schedule**
**Week 4**
*Subject to change*

Monthly BTE Goal: $
Monthly FRAG Goal: $

Revised Date: 5/10/2018
Week 4 BTE Goal: $
Week 4 FRAG Goal: $

| EVENT | | | | | | | | BRUSHES WITH GREATNESS | |
|---|---|---|---|---|---|---|---|---|---|
| **BA's** | | **SUN** | **MON** | **TUE** | **WED** | **THURS** | **FRI** | **SAT** | |
| Store Hours | | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | |
| BEAUTE GOAL | | | | | | | | | |
| BEAUTE LY | | | | | | | | | |
| FRAGRANCE GOAL | | | | | | | | | |
| FRAGRANCE LY | | | | | | | | | |
| | | 24-Jun | 25-Jun | 26-Jun | 27-Jun | 28-Jun | 29-Jun | 30-Jun | |
| ALICIA | | IN | C | C | A | RX | RX | V | |
| NATAYA | | 10:15-5:15 | X | X | X | B | X | 1:45-8:45 | |
| MARGARITA | | IN | A | A | A | A | X | X | |
| EDITH | | X | A | A | C | C | X | A | |
| KEN | | RX | RX | C | C | A | A | A | |
| MIGUEL | | IN | C | C | X | A | A | X | |
| NEREIDA | | RX | RX | V | V | V | V | V | |
| GIGI | | X | C | X | C | B | A | A | |
| DIANE | | IN | X | A | X | C | C | A | |
| JESSICA | | IN | A | X | A | A | C | X | |
| RICARDO | | RX | RX | V | V | V | C | C | |
| HANNAH | | IN | X | A | X | A | C | C | |
| LISETTE | | X | A | A | X | A | A | A | |
| CHRISTINA | | RX | RX | V | V | V | V | V | |
| GABRIEL | | X | C | X | A | C | A | X | |
| DENISE | | | | | MEDICAL LEAVE | | | | |
| **MANAGERS** | | | | | | | | | |
| JULIE | | X | E | L | E | M | X | E | |
| ANA | | X | E | X | E | E | L | L | |
| ADAM | | IN | X | E | M | L | E | X | |
| **STOCKROOM** | | | | | | | | | |
| CHRISTOPHER | | IN | 8-5 | 8-5 | 8-5 | 8-5 | RX | RX | |
| **SHIFTS** | IN: 10:15-7:15 | | | | A: 9:15-6:15 B: 10:30-7:30 C: 11:45-8:45 | | | | |

| | | CHANEL PRIVE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | | | |
| IRENA | | | | | | | | | |

| **FREELANCE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BEAUTY CODE 013 | | | | | | | | | |
| FRAGRANCE CODE 013 | | | | | | | | | |

**MANAGER'S SCHEDULE**
EARLY: 9:00
MID: 10:30
LATE: 11:30

**Saks NYC**
**Master Counter Schedule**
Week 5
*Subject to change*

Monthly BTE Goal: $
Monthly FRAG Goal:

Revised Date: 5/10/2018
Week 5 BTE Goal: $
Week 5 FRAG Goal: $

| EVENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| BA's | SUN | MON | TUE | WED | THURS | FRI | SAT |
| Store Hours | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| BEAUTE GOAL | | | | | | | |
| BEAUTE LY | | | | | | | |
| FRAGRANCE GOAL | | | | | | | |
| FRAGRANCE LY | | | | | | | |
| | 1-Jul | 2-Jul | 3-Jul | 4-Jul | 5-Jul | 6-Jul | 7-Jul |
| ALICIA | RX | RX | RX (HOL) | V | V | V | V |
| NATAYA | IN | X | X | A | X | X | X |
| MARGARITA | X | A | X | A | A | C | C |
| EDITH | RX | RX | RX (HOL) | V | V | V | V |
| KEN | IN | C | X | X (HOL) | X | A | C |
| MIGUEL | X | A | A | A | C | C | X |
| NEREIDA | RX | B | A | C | X | C | A |
| GIGI | X | B | X | C | C | A | A |
| DIANE | X | C | C | A | A | X | A |
| JESSICA | X | A | X | A | A | C | C |
| RICARDO | IN | X | C | C | A | X | B |
| HANNAH | IN | C | C | B | X | X | A |
| LISETTE | IN | A | X | X (HOL) | X | A | A |
| CHRISTINA | RX | RX | RX (HOL) | RX | V | V | V |
| GABRIEL | IN | X | X | X (HOL) | C | A | C |
| DENISE | | | | MEDICAL LEAVE | | | |
| MANAGERS | | | | | | | |
| JULIE | X | E | E | E | X | X (HOL) | E |
| ANA | IN | E | X | X (HOL) | X | L | L |
| ADAM | X | X (HOL) | L | X | M | E | E |
| STOCKROOM | | | | | | | |
| CHRISTOPHER | RX | RX | RX (HOL) | V | V | V | V |
| SHIFTS | IN: 10:15-7:15 | | | A: 9:15-6:15 B: 10:30-7:30 C: 11:45-8:45 | | | |

CHANEL PRIVE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | |
| IRENA | | | | | | | |

| FREELANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUTY | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| FRAGRANCE RSS | | | | | | | |

**MANAGER'S SCHEDULE**
EARLY: 9:00
MID: 10:30
LATE: 11:30

Saks NYC  
Master Counter Schedule  
Week 1  
*Subject to change*

Monthly BTE Goal: $  
Monthly FRAG Goal: $  

Revised Date: 5/10/2018  
Week 1 BTE Goal: $  
Week 1 FRAG Goal: $  

**EVENT**: SUMMER BTY WEEK (TP) + GRAND RE-OPENING ANIMATION

| BA's | SUN 3-Jun | MON 4-Jun | TUE 5-Jun | WED 6-Jun | THURS 7-Jun | FRI 8-Jun | SAT 9-Jun |
|---|---|---|---|---|---|---|---|
| **Store Hours** | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| **BEAUTE GOAL** | | | | | | | |
| **BEAUTE LY** | | | | | | | |
| **FRAGRANCE GOAL** | | | | | | | |
| **FRAGRANCE LY** | | | | | | | |
| ALICIA | X | A | A | X | A | C | C |
| NATAYA | X | X (HOL) | X | X | 10:30-5:30 | X | C |
| MARGARITA | X | A | X | A | A | C | C |
| EDITH | IN | X | C | X | C | A | A |
| KEN | IN | X | A | X | C | C | A |
| MIGUEL | X | C | X | C | B | A | A |
| NEREIDA | IN | X | A | X | C | C | B |
| GIGI | IN | X | X | C | C | B | A |
| DIANE | X | C | X | C | B | A | A |
| JESSICA | X | A | X | A | A | C | C |
| RICARDO | IN | X | C | X | C | B | A |
| HANNAH | X | C | C | X | B | A | A |
| LISETTE | IN | X | A | X | A | A | A |
| CHRISTINA | 11:00-4:00 | X | X | 10:00-3:00 | 10:00-3:00 | X | 12:00-5:00 |
| GABRIEL | X | A | A | X | A | C | C |
| DENISE | | | | MEDICAL LEAVE | | | |
| **MANAGERS** | | | | | A: 9:15-6:15 | | |
| JULIE | X | X | E | E | E/L | E/L | E/L |
| ANA | IN | E | X | E | E | E | L |
| ADAM | X | X | E | L | E/L | E/L | E/L |
| **STOCKROOM** | | | | | B: 10:30-7:30 | | |
| CHRISTOPHER | IN | X | X | 8-5 | 8-5 | 9-6 | 9-6 |
| **SHIFTS** | IN: 10:15-7:15 | | | | C: 11:45-8:45 | | |

CHANEL PRIVE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | |
| IRENA | | | | | | | |

**FREELANCE**  
BEAUTY  

FRAGRANCE  

**MANAGER'S SCHEDULE**  
EARLY: 9:00  
MID: 10:30  
LATE: 11:30  

CONFIDENTIAL
D000508

**Saks NYC**
**Master Counter Schedule**
**Week 2**
*Subject to change*

Monthly BTE Goal: $
Monthly FRAG Goal: $

Revised Date: 5/10/2018
Week 2 BTE Goal: $
Week 2 FRAG Goal: $

| EVENT | SUMMER BTY WEEK + GRAND RE-OPENING ANIMATION | | | | | | |
|---|---|---|---|---|---|---|---|
| BA's | SUN | MON | TUE | WED | THURS | FRI | SAT |
| Store Hours | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| BEAUTE GOAL | | | | | | | |
| BEAUTE LY | | | | | | | |
| FRAGRANCE GOAL | | | | | | | |
| FRAGRANCE LY | | | | | | | |
| | 10-Jun | 11-Jun | 12-Jun | 13-Jun | 14-Jun | 15-Jun | 16-Jun |
| ALICIA | X | C | C | X | A | A | A |
| NATAYA | X | X | 9:15-4:15 | X | X | B | 9:15-4:15 |
| MARGARITA | X | A | X | A | A | C | C |
| EDITH | IN | X | X | A | A | C | C |
| KEN | IN | C | C | RX | RX | V | V |
| MIGUEL | IN | X | X | A | A | C | C |
| NEREIDA | IN | A | A | X | X | A | C |
| GIGI | IN | X | X | C | C | A | A |
| DIANE | X | X | VAC | VAC | VAC | VAC | VAC |
| JESSICA | IN | A | X | A | B | C | X |
| RICARDO | X | C | A | C | C | B | A |
| HANNAH | IN | C | A | C | A | RX | RX |
| LISETTE | IN | A | A | A | A | RX | RX |
| CHRISTINA | 11:00-4:00 | X | X | X | 10:00-3:00 | 12:00-5:00 | 12:00-5:00 |
| GABRIEL | X | A | C | X | C | A | A |
| DENISE | | | | MEDICAL LEAVE | | | |
| **MANAGERS** | | | | | | | |
| JULIE | IN | X | E | L | M | E | X |
| ANA | X | E | E | X | E | E | E |
| ADAM | IN | X | X | E | L | L | M |
| **STOCKROOM** | | | | | | | |
| CHRISTOPHER | IN | X | X | 8-5 | 8-5 | 9-6 | 9-6 |
| SHIFTS | IN: 10:15-7:15 | | | A: 9:15-6:15  B: 10:30-7:30  C: 11:45-8:45 | | | |

| CHANEL PRIVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | |
| IRENA | | | | | | | |

| FREELANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUTY | | | | | | | |
| FRAGRANCE | | | | | | | |
| FRAGRANCE RSS | | | | | | | |

**MANAGER'S SCHEDULE**
EARLY: 9:00
MID: 10:30
LATE: 11:30

CONFIDENTIAL

D000509

Saks NYC
Master Counter Schedule
Week 3
Subject to change

Monthly BTE Goal: $
Monthly FRAG Goal: $

Released Date: 9/10/2013
Week 3 BTE Goal: $
Week 3 FRAG Goal: $

| EVENT | F-DAY | | | | | | |
|---|---|---|---|---|---|---|---|
| BA's | SUN | MON | TUE | WED | THURS | FRI | SAT |
| Store Hours | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| BEAUTE GOAL | | | | | | | |
| BEAUTE LY | | | | | | | |
| FRAGRANCE GOAL | | | | | | | |
| FRAGRANCE LY | | | | | | | |
| | 17-Jun | 18-Jun | 19-Jun | 20-Jun | 21-Jun | 22-Jun | 23-Jun |
| ALICIA | X | C | C | X | A | A | A |
| NATAYA | X | 1:45-8:45 | X | X | 10:30-5:30 | X | A |
| MARGARITA | X | A | X | A | A | C | C |
| EDITH | X | A | C | A | A | X | C |
| KEN | RX | RX | V | V | V | V | V |
| MIGUEL | IN | X | C | C | X | A | A |
| NEREIDA | IN | X | A | C | C | A | RX |
| GIGI | IN | X | X | A | A | C | C |
| DIANE | X | X | A | B | C | C | B |
| JESSICA | IN | X | A | X | A | C | C |
| RICARDO | X | C | A | A | C | RX | V |
| HANNAH | RX | RX | V | V | V | V | V |
| LISETTE | RX | A | A | A | X | A | A |
| CHRISTINA | 11:00-4:00 | 10:00-3:00 | X | X | 11:00-4:00 | X | 12:00-5:00 |
| GABRIEL | IN | X | C | C | X | A | A |
| DENISE | MEDICAL LEAVE | | | | | | |
| MANAGERS | | | | | | | |
| JULIE | X | E | E | X | L | E | E |
| ANA | IN | E | E | X | X | VAC | VAC |
| ADAM | X | E | L | M | E | X | M |
| STOCKROOM | | | | | | | |
| CHRISTOPHER | X | X | 8-5 | 8-5 | 8-5 | 9-6 | 9-6 |
| SHIFTS | IN: 10:15-7:15 | | A: 9:15-6:15  B: 10:30-7:30  C: 11:45-8:45 | | | | |

| CHANEL PRIVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | |
| IRENA | | | | | | | |

| FREELANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUTY CODE 013 | | | | | | | |
| FRAGRANCE CODE 013 | | | | | | | |
| | | | | | | | |

MANAGER'S SCHEDULE
EARLY: 9:00
MID: 10:30
LATE: 11:30

CONFIDENTIAL
D000510

Saks NYC
Master Counter Schedule
Week 4
*Subject to change*

Monthly BTE Goal: $
Monthly FRAG Goal: $

Revised Date: 5/10/2018
Week 4 BTE Goal: $
Week 4 FRAG Goal: $

| EVENT | | | | | BRUSHES WITH GREATNESS | | |
|---|---|---|---|---|---|---|---|
| BA's | SUN | MON | TUE | WED | THURS | FRI | SAT |
| Store Hours | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| BEAUTE GOAL | | | | | | | |
| BEAUTE LY | | | | | | | |
| FRAGRANCE GOAL | | | | | | | |
| FRAGRANCE LY | | | | | | | |
| | 24-Jun | 25-Jun | 26-Jun | 27-Jun | 28-Jun | 29-Jun | 30-Jun |
| ALICIA | IN | C | C | A | RX | RX | V |
| NATAYA | 10:15-5:15 | X | X | X | B | X | 1:45-8:45 |
| MARGARITA | IN | A | A | A | A | X | X |
| EDITH | X | A | A | C | C | X | A |
| KEN | RX | RX | C | C | A | A | A |
| MIGUEL | IN | C | C | X | A | A | X |
| NEREIDA | RX | RX | V | V | V | V | V |
| GIGI | X | C | X | C | B | A | A |
| DIANE | IN | X | A | X | c | C | A |
| JESSICA | IN | A | X | A | A | C | X |
| RICARDO | RX | RX | V | V | V | C | C |
| HANNAH | IN | X | A | X | A | C | C |
| LISETTE | X | A | A | X | A | A | A |
| CHRISTINA | RX | RX | V | V | V | V | V |
| GABRIEL | X | C | X | A | C | A | X |
| DENISE | MEDICAL LEAVE | | | | | | |
| MANAGERS | | | | | | | |
| JULIE | X | E | L | E | M | X | E |
| ANA | X | E | X | E | E | L | L |
| ADAM | IN | X | E | M | L | E | X |
| STOCKROOM | | | | | | | |
| CHRISTOPHER | IN | 8-5 | 8-5 | 8-5 | 8-5 | RX | RX |
| SHIFTS | IN: 10:15-7:15 | | | A: 9:15-6:15 B: 10:30-7:30 C: 11:45-8:45 | | | |

| CHANEL PRIVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | |
| IRENA | | | | | | | |

| FREELANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUTY CODE 013 | | | | | | | |
| FRAGRANCE CODE 013 | | | | | | | |
| | | | | | | | |

**MANAGER'S SCHEDULE**
EARLY: 9:00
MID: 10:30
LATE: 11:30

CONFIDENTIAL
D000511

**Saks NYC**
**Master Counter Schedule**
**Week 5**
*Subject to change*

Monthly BTE Goal: ▮
Monthly FRAG Goal: ▮

Revised Date: 5/10/2018
Week 5 BTE Goal: $
Week 5 FRAG Goal: $

| EVENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BA's** | **SUN** | **MON** | **TUE** | **WED** | **THURS** | **FRI** | **SAT** |
| **Store Hours** | 11:00-7:00 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 | 10:00-8:30 |
| BEAUTE GOAL | | | | | | | |
| BEAUTE LY | | | | | | | |
| FRAGRANCE GOAL | | | | | | | |
| FRAGRANCE LY | | | | | | | |
| | 1-Jul | 2-Jul | 3-Jul | 4-Jul | 5-Jul | 6-Jul | 7-Jul |
| ALICIA | RX | RX | RX (HOL) | V | V | V | V |
| NATAYA | IN | X | X | 9:15-4:15 | 10:30-5:30 | X | X |
| MARGARITA | X | A | X | A | A | C | C |
| EDITH | RX | RX | RX (HOL) | V | V | V | V |
| KEN | IN | C | X | X (HOL) | X | A | C |
| MIGUEL | X | A | A | A | C | C | X |
| NEREIDA | RX | B | A | C | X | C | A |
| GIGI | IN | B | X | X(HOL) | X | A | A |
| DIANE | X | C | C | A | A | X | A |
| JESSICA | X | A | X | A | A | C | C |
| RICARDO | IN | X | C | C | A | X | B |
| HANNAH | IN | C | C | B | X | X | A |
| LISETTE | IN | A | X | X (HOL) | X | A | A |
| CHRISTINA | RX | RX | RX (HOL) | RX | V | V | V |
| GABRIEL | IN | X | X | X (HOL) | C | A | C |
| DENISE | | | MEDICAL LEAVE | | | | |
| **MANAGERS** | | | | | | | |
| JULIE | X | E | E | E | X | X(HOL) | E |
| ANA | IN | E | x | X(HOL) | X | L | L |
| ADAM | X | X(HOL) | L | X | M | E | E |
| **STOCKROOM** | | | | | | | |
| CHRISTOPHER | RX | RX | RX (HOL) | V | V | V | V |
| **SHIFTS** | IN: 10:15-7:15 | A: 9:15-6:15  B: 10:30-7:30  C: 11:45-8:45 | | | | | |

| CHANEL PRIVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHIZU | | | | | | | |
| IRENA | | | | | | | |

| **FREELANCE** | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEAUTY | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| FRAGRANCE RSS | | | | | | | |

**MANAGER'S SCHEDULE**
EARLY: 9:00
MID: 10:30
LATE: 11:30

CONFIDENTIAL                                                                                     D000512