UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                               :
MIGUEL BAUTISA,                                :
                                Plaintiff,     :          20 Civ. 4676 (LGS)
                                               :
              -against-                        :               ORDER
                                               :
CHANEL INC., et al.,                           :
                                Defendants.  :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 27, 2021, Plaintiff filed a motion to seal Exhibits 9, 10, 11 and 15 of

the Declaration of Scott Simpson in opposition to Defendants' Motion for Summary Judgment

(the "Motion") (Dkt. No. 81), which are materials that Defendants designated as "Confidential"

pursuant to the parties' Confidentiality Stipulation and Protective Order (Dkt. No. 41).  Dkt. No.

76.

WHEREAS, on August 6, 2021, Defendants filed a letter in support of the Motion.  Dkt.

No. 83.  It is hereby

**ORDERED** that the Motion is **GRANTED**.  Exhibits 9, 10, 11 and 15 of the Declaration

of Scott Simpson at Docket No. 81 shall remain sealed.  Only the parties listed in the attached

Appendix will have access to Docket No. 81.  Although "[t]he common law right of public access

to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts

"must balance competing considerations against" the presumption of access.  *Lugosch v. Pyramid*

*Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see*

*also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is

one best left to the sound discretion of the trial court, a discretion to be exercised in light of the

relevant facts and circumstances of the particular case.").  Filing the above-referenced document

in redacted form is necessary to prevent the unauthorized dissemination of confidential business

information.

The Clerk of Court is respectfully directed to close the motion at Docket No. 76.

Dated: August 6, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**



# APPENDIX

Pursuant to Individual Rule I.D.3, Defendants identify below all parties and attorneys of record who should have access to the sealed documents:

| Party | Counsel of Record |
|-------|-------------------|
| Plaintiff Miguel Bautista | Scott Simpson<br>Raya F. Saksouk<br>Menken Simpson & Rozger LLP<br>80 Pine Street, 33rd Floor<br>New York, New York 10005<br>Tel: (212) 509-1616<br>ssimpson@nyemployeelaw.com<br>rsaksouk@nyemployeelaw.com |
| Defendants Chanel, Inc. and Julie Papaioannou | Lorie E. Almon<br>Paul H. Galligan<br>Mary Ahrens Vadasz<br>Daniel I. Small<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: (212) 218-5291<br>Fax: (212) 218-5526<br>lalmon@seyfarth.com<br>pgalligan@seyfarth.com<br>mvadasz@seyfarth.com<br>dsmall@seyfarth.com |