

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

pgalligan@seyfarth.com
T (212) 218-5521

www.seyfarth.com

August 6, 2021

**VIA ECF**

The Honorable Lorna Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**The application is GRANTED.  By August 27, 2021, Defendants shall file their reply.  The Clerk of Court is respectfully directed to close the motion at Docket No. 85.**

**So Ordered.**

**Dated: August 9, 2021**
**New York, New York**

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Bautista v. Chanel, Inc.*, et al., Case No. 1:20-cv-04676-LGS

Dear Judge Schofield:

Our Firm represents Defendants Chanel, Inc. and Julie Papaioannou ("Defendants") in the above-referenced action.  Consistent with Your Honor's Individual Rules and Procedures and Local Rule 7.1(d), we submit this letter to respectfully request a two-week extension of Defendants' August 13, 2021 deadline to file their reply in support of their motion for summary judgment.  Plaintiff's counsel consents to this request.

On July 12, 2021, the Court issued an Order resetting the parties' various summary judgment deadlines as follows: Plaintiff to file his opposition by July 27, 2021; and Defendants to file their reply by August 13, 2021.  ECF Doc. No. 71.  Plaintiff filed his opposition on July 27, 2021.  ECF Doc. Nos. 77-81.

We make this request because Defendants' counsel, Mary Ahrens Vadasz and her family, including her three young children, contracted COVID-19 earlier this week.  Ms. Vadasz is responsible for the day-to-day management of this case and is the lead attorney handling Defendants' reply papers.

With Plaintiff's consent, Defendants request that their deadline to file their reply be extended for two weeks from August 13, 2021 through and including August 27, 2021.  Granting this extension request  does not affect any other deadlines.

Defendants previously requested an extension of the summary judgment schedule with Plaintiff's consent (ECF Doc. No. 52), and which the Court granted (ECF Doc. No. 53).  This request is made in good faith and not for the purpose of causing undue delay.

73835781v.2



We thank the Court for its consideration.

        Respectfully submitted,

        SEYFARTH SHAW LLP

        */s/ Paul H. Galligan*

        Paul H. Galligan
        Mary Ahrens Vadasz
        Daniel I. Small

cc:    Scott Simpson (via ECF)
       Raya Saksouk (via ECF)